UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
    JOSHUA A ENGLAND

CASE NO. 06 B 05207

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-7675

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/09/06 and confirmed on 11/17/06.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 7100.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 4408.55 | .00 | 869.30 |
| INTERNAL REVENUE SERVICE | PRIORITY | 18362.88 | .00 | 3620.90 |
| A QUANTUM ADVERTISING | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH PARTNER | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| ALL TILE | UNSECURED | 6850.53 | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BRAVOS REALTY | UNSECURED | NOT FILED | .00 | .00 |
| CARMEN METIDO | FILED LATE | .00 | .00 | .00 |
| CARPET CUSHIONS & SUPPLI | UNSECURED | 3311.19 | .00 | .00 |
| CLIPPER MAGAZINE | UNSECURED | NOT FILED | .00 | .00 |
| CCV | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 2407.19 | .00 | .00 |
| ELMAR INC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| ERICKSONS FLOORING | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST GRADE HARDWOOD | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 81.38 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11554.41 | .00 | .00 |
| INTERNATIONAL FLOORING | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 32679.17 | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | 143.54 | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
LINEBARGER GOGGAN BLAIR   UNSECURED      NOT FILED            .00           .00
LVNV FUNDING              UNSECURED      NOT FILED            .00           .00
NICKALOAS S ANASTOPOULOS  UNSECURED      NOT FILED            .00           .00
NICOR GAS                 UNSECURED      NOT FILED            .00           .00
NICOR GAS                 UNSECURED         708.04            .00           .00
ONYX ACCEPTANCE CORP      UNSECURED      NOT FILED            .00           .00
RH DONNELLEY              UNSECURED      NOT FILED            .00           .00
SPRINT PCS                UNSECURED      NOT FILED            .00           .00
TELLER LEVIT & SILVERTRU  UNSECURED      NOT FILED            .00           .00
ROMEOVILLE BUGLE          UNSECURED      NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1110.75            .00           .00
WALGREENS                 UNSECURED      NOT FILED            .00           .00
WELLS FARGO EDUC FINANCI  UNSECURED      NOT FILED            .00           .00
CAPITAL ONE BANK          UNSECURED         116.77            .00           .00
CAPITAL ONE AUTO FINANCE  UNSECURED        7538.43            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         939.09            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         649.65            .00           .00
ILLINOIS DEPT REVENUE     UNSECURED        1342.15            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         321.88            .00           .00
ECMC                      UNSECURED        1332.12            .00           .00
JAECKLE DISTRIBUTORS      FILED LATE          .00             .00           .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | 22771.43 | 71086.29  | .00   | 93857.72 |
| PRINCIPAL PAID     | .00     | 4490.20  | .00       | .00   | 4490.20 |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00 |
| TOTAL PAID         | .00     | 4490.20  | .00       | .00   | 4490.20 |

The Debtor's attorney, RONALD D CUMMINGS     , was allowed $   3000.00
and was paid $   726.00   direct and $   2274.00   through the plan.

The Trustee received $     335.80 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/10/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                         PAGE   3
CASE NO. 06 B 05207 JOSHUA A ENGLAND
```