UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 05207
    JOSHUA A ENGLAND
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7675
```

------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 05/09/06 and confirmed on 11/17/06.

   2. The case was dismissed after confirmation, 10/26/2007.

   3. The Debtor paid a total of $   7100.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ILLINOIS DEPT REVENUE | PRIORITY | 4408.55 | .00 | 869.30 |
| INTERNAL REVENUE SERVICE | PRIORITY | 18362.88 | .00 | 3620.90 |
| A QUANTUM ADVERTISING | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH PARTNER | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| ALL TILE | UNSECURED | 6850.53 | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BRAVOS REALTY | UNSECURED | NOT FILED | .00 | .00 |
| CARMEN METIDO | FILED LATE | .00 | .00 | .00 |
| CARPET CUSHIONS & SUPPLI | UNSECURED | 3311.19 | .00 | .00 |
| CLIPPER MAGAZINE | UNSECURED | NOT FILED | .00 | .00 |
| CCV | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 2407.19 | .00 | .00 |
| ELMAR INC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| ERICKSONS FLOORING | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST GRADE HARDWOOD | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 81.38 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11554.41 | .00 | .00 |
| INTERNATIONAL FLOORING | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 32679.17 | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | 143.54 | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
LINEBARGER GOGGAN BLAIR    UNSECURED        NOT FILED           .00           .00
LVNV FUNDING               UNSECURED        NOT FILED           .00           .00
NICKALOAS S ANASTOPOULOS   UNSECURED        NOT FILED           .00           .00
NICOR GAS                  UNSECURED        NOT FILED           .00           .00
NICOR GAS                  UNSECURED           708.04           .00           .00
ONYX ACCEPTANCE CORP       UNSECURED        NOT FILED           .00           .00
RH DONNELLEY               UNSECURED        NOT FILED           .00           .00
SPRINT PCS                 UNSECURED        NOT FILED           .00           .00
TELLER LEVIT & SILVERTRU   UNSECURED        NOT FILED           .00           .00
ROMEOVILLE BUGLE           UNSECURED        NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          1110.75           .00           .00
WALGREENS                  UNSECURED        NOT FILED           .00           .00
WELLS FARGO EDUC FINANCI   UNSECURED        NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED           116.77           .00           .00
CAPITAL ONE AUTO FINANCE   UNSECURED          7538.43           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           939.09           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           649.65           .00           .00
ILLINOIS DEPT REVENUE      UNSECURED          1342.15           .00           .00
ROUNDUP FUNDING LLC        UNSECURED           321.88           .00           .00
ECMC                       UNSECURED          1332.12           .00           .00
JAECKLE DISTRIBUTORS       FILED LATE            .00            .00           .00
```

Summary of disbursements:

```
                          SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED           .00      22771.43     71086.29         .00     93857.72
PRINCIPAL PAID               .00       4490.20          .00         .00      4490.20
INTEREST PAID                .00           .00          .00         .00          .00
TOTAL PAID                   .00       4490.20          .00         .00      4490.20
```

The Debtor's attorney, RONALD D CUMMINGS           , was allowed $    3000.00
and was paid $    726.00  direct and $   2274.00  through the plan.

The Trustee received $     335.80 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/14/08                 /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                          PAGE   3
     CASE NO. 06 B 05207 JOSHUA A ENGLAND
```